AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>AGUEDA HONARVAR (3) | )<br>)<br>)<br>) Case No: 20-CR-0529-BAS<br>) USM No: 42817509 |
| Date of Original Judgment: 11/17/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) PAYAM FAKHARARA OF FEDERAL DEFENDERS, INC.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **TWENTY-SEVEN (27)** months **is reduced to** **TWENTY-ONE (21) MONTHS**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/17/2022   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   01/04/2024

*Judge's signature*

Effective Date:   02/01/2024
*(if different from order date)*

HONORABLE CYNTHIA BASHANT
*Printed name and title*